# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

Gary M. Gfeller  
Clerk, U.S. Bankruptcy Court

915 Lafayette Boulevard  
Bridgeport, CT 06604

In re:

Sapphire Development, LLC

    Debtor(s)

Case Number: 13-50043  
Chapter: 11  
Adversary No: 13-5024

Sapphire Development, LLC

    Plaintiff(s)

V.

Robert J. McKay  
Hudson City Savings Bank

    Defendant(s)

## ORDER OF DISMISSAL

A notice of proposed dismissal of the above captioned proceeding having been given to counsel of record pursuant to District Court Local Rule 41(a) and 41(b) and Local Bankruptcy Rule 7041-1; and , no action having been taken or satisfactory explanation having been giving in accordance with that notice,

IT IS ORDERED that this proceeding is hereby DISMISSED.

Dated at Bridgeport, Connecticut this 4th day of August, 2014.

BY THE COURT

Gary M. Gfeller  
Clerk, U.S. Bankruptcy Court

*Susan L. Waterbury*

Susan L. Waterbury  
Divisional Manager